**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAY 15  PM 3: 27

US DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** _____ |
| **Plaintiff,** | **JUDGE** _____ |
| v. | **INFORMATION** |
| **TORI FLETCHER-SIMMONS,** | 18 U.S.C. § 922(a)(6) |
| **Defendant.** | 18 U.S.C. § 924(a)(2) |
| | **FORFEITURE** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(False Statement During the Acquisition of a Firearm)**

1.      On or about March 16, 2022, in the Southern District of Ohio, the defendant, **TORI FLETCHER-SIMMONS**, in connection with the acquisition of a firearm—to wit, a Taurus-manufactured, model G2C, 9mm semi-automatic pistol bearing serial number TJX12815—from Vance Outdoors, a federally licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement on a Form 4473 to Vance Outdoors, which statement was intended and likely to deceive Vance Outdoors as to a fact material to the lawfulness of the sale of the firearm to the defendant, in that the defendant represented that she was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of another individual.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

## FORFEITURE ALLEGATION A

2.      The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.      Upon conviction of the offense alleged in this Information, the defendant, **TORI FLETCHER-SIMMONS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such offense, including, but not limited to, a Taurus-manufactured, model G2C, 9mm semi-automatic pistol bearing serial number TJX12815.

4.      Substitute Assets:  If the forfeitable property, as a result of any act or omission of the defendant, **TORI FLETCHER-SIMMONS**—

    a.      Cannot be located upon the exercise of due diligence;

    b.      Has been transferred or sold to, or deposited with, a third party;

    c.      Has been placed beyond the jurisdiction of the Court;

    d.      Has been substantially diminished in value; or

    e.      Has been commingled with other property that cannot be subdivided without difficulty—

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, **TORI FLETCHER-SIMMONS**, up to the value of the above forfeitable property.

Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

KENNETH L. PARKER
UNITED STATES ATTORNEY

S. COURTER SHIMEALL (0090514)
Assistant United States Attorney

3